**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**Los Angeles DIVISION**

In re:  SCORPION SPORTS, INC.                  §      Case No. 2:18-bk-18894-BR
                                               §
                                               §
                                               §
             Debtor(s)

---

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 08/01/2018. The undersigned trustee was appointed on 08/01/2018.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of              $          21,169.12

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 5.79 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]       $ | 21,163.33 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 12/21/2018 and the deadline for filing governmental claims was 01/28/2019. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,866.91. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,866.91, for a total compensation of $2,866.91[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $42.52 for total expenses of $42.52[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/25/2019              By: /s/ Heide Kurtz
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**                    2

**Form 1**

## Individual Estate Property Record and Report

## Asset Cases

Exhibit A

Page: 1

**Case No.:**  2:18-bk-18894-BR

**Case Name:**  SCORPION SPORTS, INC.

**For Period Ending:**  01/25/2019

**Trustee Name:**  (001960) Heide Kurtz

**Date Filed (f) or Converted (c):**  08/01/2018 (f)

**§ 341(a) Meeting Date:**  09/05/2018

**Claims Bar Date:**  12/21/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Business Checking Account at Bank of America #2643<br>Actual amount of funds turned over = $21,169.12. | 5,000.00 | 5,000.00 | | 21,169.12 | FA |
| 2 | Judgment Award - Chapman v. Scorpion Sports, Inc. (Case No. BC607003)<br>Costs awarded for prevailing in litigation.  Funds received pre-petition.  Nothing remaining for administration. | 6,777.65 | 6,777.65 | | 0.00 | FA |
| **2** | **Assets Totals (Excluding unknown values)** | **$11,777.65** | **$11,777.65** | | **$21,169.12** | **$0.00** |

**Major Activities Affecting Case Closing:**

Sole asset administered is turnover of Debtor's bank account.  All claims reviewed and analyzed.  All filed as unsecured.

Asset Notice, Set Bar Date Filed 9-17-18
Request for Court Costs Filed 11-6-18
Notice of Court Costs Issued 11-7-18 / $0
Notice to Professionals to File Fee Applications for Compensation Filed 1-3-19

11-5-18 Entered Order for Employment of Hahn Fife & Company, LLP as Accountants

Bank Fees Automatically Deducted Per General Order of 11-02

Tax Issues:  Hahn Fife, CPA's retained as estate accountants.  Estate tax returns were filed and Tax Clearance Letter Dated 10-31-18 received from the IRS.

**Initial Projected Date Of Final Report (TFR):**  08/01/2020

**Current Projected Date Of Final Report (TFR):**  08/01/2020

3

**Form 2**

Exhibit B

Page:  1

# Cash Receipts And Disbursements Record

| Case No.: | 2:18-bk-18894-BR | Trustee Name: | Heide Kurtz (001960) |
|---|---|---|---|
| Case Name: | SCORPION SPORTS, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6642 | Account #: | ******0800 Checking |
| For Period Ending: | 01/25/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/17/18 | {1} | Scorpion Sports, Inc | Turnover of Debtor bank account | 1129-000 | 21,169.12 | | 21,169.12 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.79 | 21,163.33 |

|  | Deposit | Disbursement | Account Balance |
|---|---|---|---|
| COLUMN TOTALS | 21,169.12 | 5.79 | $21,163.33 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| Subtotal | 21,169.12 | 5.79 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $21,169.12 | $5.79 | |

4

*{ } Asset Reference(s)*     **UST Form 101-7-TFR (5/1/2011)**                                    *! - transaction has not been cleared*

## Form 2

Exhibit B

Page:  2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 2:18-bk-18894-BR |
| **Case Name:** | SCORPION SPORTS, INC. |
| **Taxpayer ID #:** | **-***6642 |
| **For Period Ending:** | 01/25/2019 |

| | |
|---|---|
| **Trustee Name:** | Heide Kurtz (001960) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******0800 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0800 Checking | $21,169.12 | $5.79 | $21,163.33 |
| | **$21,169.12** | **$5.79** | **$21,163.33** |

5



# Central District of California
## Claims Register

EXHIBIT _C_____

### 2:18-bk-18894-BR Scorpion Sports, Inc.

| | |
|---|---|
| **Judge:** Barry Russell | **Chapter:** 7 |
| **Office:** Los Angeles | **Last Date to file claims:** 12/21/2018 |
| **Trustee:** Heide Kurtz (TR) | **Last Date to file (Govt):** 01/28/2019 |

| Creditor: (38668242)<br>Kido Industrial Co., Ltd.<br>Kido Building, 395<br>Gonghang-daero, Gangseo-gu<br>Seoul, Korea | Claim No: 1<br>Original Filed<br>Date: 10/11/2018<br>Original Entered<br>Date: 10/11/2018 | Status:<br>Filed by: CR<br>Entered by: Kevin Hahn<br>Modified: |
|---|---|---|
| Amount claimed: $2564324.05    ✓ OK uns. | | |
| **History:** | | |
| Details   1-1   10/11/2018   Claim #1 filed by Kido Industrial Co., Ltd., Amount claimed: $2564324.05 (Hahn, Kevin) | | |
| Description: | | |
| Remarks: | | |

| Creditor: (38668244)<br>Prex Co. Ltd.<br>Kido Building 395<br>Gonghang-daero, Gangseo-gu<br>Seoul, Korea | Claim No: 2<br>Original Filed<br>Date: 10/11/2018<br>Original Entered<br>Date: 10/11/2018 | Status:<br>Filed by: CR<br>Entered by: Kevin Hahn<br>Modified: |
|---|---|---|
| Amount claimed: $10472000.00    ✓ OK uns. | | |
| **History:** | | |
| Details   2-1   10/11/2018   Claim #2 filed by Prex Co. Ltd., Amount claimed: $10472000.00 (Hahn, Kevin) | | |
| Description: | | |
| Remarks: | | |

| Creditor: (38668243)<br>Kido Sports Korea Co. Ltd.<br>Kido Building 395<br>Gonghang-daero, Gangseo-gu<br>Seoul, Korea | Claim No: 3<br>Original Filed<br>Date: 10/11/2018<br>Original Entered<br>Date: 10/11/2018 | Status:<br>Filed by: CR<br>Entered by: Kevin Hahn<br>Modified: |
|---|---|---|
| **History:** | | |
| Details   3-1   10/11/2018   Claim #3 filed by Kido Sports Korea Co. Ltd., Amount claimed: $2482551.77 (Hahn, Kevin) | | |
| Description: (3-1) Trade Debt | | |
| Remarks: | | |

1/24/2019 9:06 AM

EXHIBIT _____ C

| Amount claimed: $2482551.77 | | | |
|---|---|---|---|

✓ OK UNS.

| History: | | | |
|---|---|---|---|
| Details | 3-1 | 10/11/2018 | Claim #3 filed by Kido Sports Korea Co. Ltd., Amount claimed: $2482551.77 (Hahn, Kevin) |

Description: (3-1) Trade Debt

Remarks:

---

| Creditor:        (38668243)<br>Kido Sports Korea Co. Ltd.<br>Kido Building 395<br>Gonghang-daero, Gangseo-gu<br>Seoul, Korea | Claim No: 4<br>Original Filed<br>Date: 10/11/2018<br>Original Entered<br>Date: 10/11/2018 | Status:<br>Filed by: CR<br>Entered by: Kevin Hahn<br>Modified: |
|---|---|---|

| Amount claimed: $14179940.56 | | | |
|---|---|---|---|

✓ OK UNS.

| History: | | | |
|---|---|---|---|
| Details | 4-1 | 10/11/2018 | Claim #4 filed by Kido Sports Korea Co. Ltd., Amount claimed: $14179940.56 (Hahn, Kevin) |

Description: (4-1) Long Term Note

Remarks:

## Claims Register Summary

**Case Name:** Scorpion Sports, Inc.
**Case Number:** 2:18-bk-18894-BR
**Chapter:** 7
**Date Filed:** 08/01/2018
**Total Number Of Claims:** 4

| Total Amount Claimed* | $29698816.38 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| Secured | | |
| Priority | | |
| Administrative | | |

---

**PACER Service Center**

1/24/2019 9:06 AM

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 2:18-bk-18894-BR
Case Name: SCORPION SPORTS, INC.
Trustee Name: Heide Kurtz

**Balance on hand:**    $                    21,163.33

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:    $            0.00
Remaining balance:    $        21,163.33

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Heide Kurtz | 2,866.91 | 0.00 | 2,866.91 |
| Trustee, Expenses - Heide Kurtz | 42.52 | 0.00 | 42.52 |
| Accountant for Trustee Fees (Other Firm) - HAHN FIFE & COMPANY, LLP | 1,344.00 | 0.00 | 1,344.00 |
| Accountant for Trustee Expenses (Other Firm) - HAHN FIFE & COMPANY, LLP | 208.10 | 0.00 | 208.10 |

Total to be paid for chapter 7 administrative expenses:    $        4,461.53
Remaining balance:    $        16,701.80

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses:    $            0.00
Remaining balance:    $        16,701.80

**UST Form 101-7-TFR(5/1/2011)**

8

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 16,701.80

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $29,698,816.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Kido Industrial Co., Ltd. | 2,564,324.05 | 0.00 | 1,442.11 |
| 2 | Prex Co. Ltd. | 10,472,000.00 | 0.00 | 5,889.17 |
| 3 | Kido Sports Korea Co. Ltd. | 2,482,551.77 | 0.00 | 1,396.12 |
| 4 | Kido Sports Korea Co. Ltd. | 14,179,940.56 | 0.00 | 7,974.40 |

Total to be paid for timely general unsecured claims: $ 16,701.80
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR(5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |  |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**